IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED
DEC 9 - 2010

JOHN D. WILLS

          Plaintiff,          CV-09-1316-BR

v.                             ORDER TERMINATING
                                PRO BONO COUNSEL

DR. DEIHL, et al

          Defendant(s)

Upon notice to the Court that the appointed attorney / law firm, Robert S. Banks, Jr. of the Banks Law Office, has declined further representation of the plaintiff and provided the plaintiff with a written explanation for declining further representation,

IT IS HEREBY ORDERED that the Court terminates the appointment of Robert S. Banks, Jr. as Pro Bono counsel for the plaintiff.

Plaintiff is to proceed *pro se* without appointed counsel.

The Clerk is directed to serve a copy of this order upon the pro se litigant.

DATED this 9th day of December, 2010.

                                                       /s/ Anna J. Brown
                                                       ANNA J. BROWN
                                                       United States District Judge

1 - ORDER TERMINATING PRO BONO COUNSEL