IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN D. WILLS, | 3:09-CV-01316-BR |
| Plaintiff, | ORDER |
| v. | |
| DR. DEIHL, ET AL., | |
| Defendants. | |

Plaintiff's Motion for Reimbursement of Out-of-Pocket Expenses (#147) was granted on July 3, 2012, by Order (#150). The Court awards out-of-pocket expenses in the amount of $2,000.00. The Clerk is directed to make payment to: Dr. Todd Woods, 10373 NE Hancock St., Ste 131, Portland, OR 97220.

Dated this 9th day of July, 2012.

ANNA J. BROWN
United States District Judge

ORDER