# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

JOHN D. WILLS,

                                              3:09-CV-01316-BR

                                                    ORDER

                  Plaintiff,

         v.

DR. DEIHL, ET AL.,

                  Defendants.

Plaintiff's Motion for Reimbursement of Out-of-Pocket Expenses (#147) was granted on July 3, 2012, by Order (#150). The Court awards out-of-pocket expenses in the amount of $2,000.00. The Clerk is directed to make payment to: Dr. Todd Woods, 10373 NE Hancock St., Ste 131, Portland, OR 97220.

     Dated this 9th day of July, 2012.

                                        _____

                                        ANNA J. BROWN

                                        United States District Judge

ORDER